UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| HAROLD GENE RIGNEY | ) | Chapter 13 |
| SSN: XXX-XX-1851 | ) | Case No.: 11-18262 EEB |
| EDITH STAKLEY RIGNEY | ) | |
| SSN: XXX-XX-6704 | ) | |

_____

**NOTICE OF CONVERSION OF CASE TO CHAPTER 7
UNDER 11 U.S.C. § 1307**

_____

**COME NOW** the Debtors, Harold & Edith Rigney, through their attorney, Geoffrey H. Atzbach, and state the following in support of their notice of conversion of case to chapter 7 under 11 U.S.C. § 1307:

1. Edith Rigney has been laid off from her job and the debtors are no longer able to continue in chapter 13.

2. Under § 1307 of the Bankruptcy Code, the Debtors are entitled to convert her Chapter 13 case to a case under Chapter 7 at any time, and the Debtors desire to convert this Chapter 13 case to a case under Chapter 7.

**WHEREFORE**, the Debtors respectfully request this Court to convert this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

Dated: January 6, 2014

/s/ Geoffrey H. Atzbach
Geoffrey H. Atzbach, #28527
Attorney for Debtors
1155 Kelly Johnson Blvd. Ste. 470
Colorado Springs, CO 8090
(719) 444-8464